PRAECIPE

# United States District Court
## for the District of Columbia

the _27th_ day of _June_ ~~19~~ _2005_

UNITED STATES

vs.

PEDRE JULIO BINETT-PRANDY

~~Civil~~ / Criminal
Action No. _05-362m_

The Clerk of said Court will _enter my appearance as counsel for the defendant, PEDRO JULIO BINETT-PRANDY (appointed under the Criminal Justice Act)._

_June 27, 2005_
**Date**

#065763
**BAR IDENTIFICATION NO.**

Signature

Print Name

John A. Briley, Jr.
Attorney At Law
8205 30th Street N.W.
Washington, D.C. 20015
Address

City                State           Zip Code

202-364-7012
Phone Number

**CERTIFICATE OF SERVICE**