# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **: Magistrate No.  05-362M** |
| | **:** |
| **v.** | **:   Criminal No.** |
| | **:** |
| **PEDRO JULIO PRANDY-BINNETT,** | **: Violations:** |
| **also known as Pepe,** | **:** |
| **Defendant.** | **:   21 U.S.C.§§ 841(a)(1) and 841(b)(1)(C)** |
| | **:   (Unlawful Distribution of Cocaine)** |

## INFORMATION

The United States Attorney charges that:

## <u>COUNT ONE</u>

On or about December 3, 2004, within the District of Columbia, **Pedro Julio Prandy-Binnett,** also known as Pepe, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of Cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine,** in violation of Title 21,
United States Code,  Sections 841(a)(1) and 841(b)(1)(C))


KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451-058

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney

_____
NANCY B. JACKSON
Assistant United States Attorney