# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal Action No. 05-0408 (JGP)** |
| | ) | |
| **PEDRO JULIO PRANDY-BINNETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is set down for a plea hearing on November 29, 2005 at 11:00 A.M. in

Courtroom 15.

**SO ORDERED**.


**DATE: November 22, 2005**                    **JOHN GARRETT PENN**
                                               **United States District Judge**