*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Criminal Action No. 05-0408 (JGP) |
| | ) |
| **PEDRO JULIO PRANDY-BINNETT,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of the Motion to Withdraw Appearance [7] filed by defense attorney John A. Briley, Jr., is it hereby

**ORDERED** that the Motion is **GRANTED.**


**DATE: November 22, 2005**          **JOHN GARRETT PENN**
                                     **United States District Judge**