AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
**NOV 29 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

FOR THE _____ DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

PEDRO JULIO PRANDY-BINNETT

## WAIVER OF INDICTMENT

CASE NUMBER: CR 05-408

I, PEDRO JULIO PRANDY-BINNETT, the above named defendant, who is accused of distribution of cocaine in violation of 21 USC 841(a)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Nov. 29, 2005 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant  G. Allen Dale  11/29/05

Before _____
Judicial Officer  11/29/2005