CO-526
(12/86)

FILED

NOV 29 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. CR 05-408
)
PEDRO JULIO PRANDY-BINNETT )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant
G. Allen Dale  11/29/05

I consent:

_____
United States Attorney

Approved:

_____
Judge  11/29/2005
      11:38 a.m.