UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Criminal Action No. 05-0408 (JGP)** |
| ) | |
| **PEDRO JULIO PRANDY-BINNETT,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

On November 29, 2005 Defendant pled guilty to a one-count criminal information. Accordingly, it is hereby

**ORDERED** that the Probation Office submit the presentence investigation report to the Court on or before March 28, 2006; and it is further

**ORDERED** that the parties are permitted to file memoranda in aid of sentencing on or before April 4, 2006; and it is further

**ORDERED** that this matter is set down for sentencing on April 11, 2006 at 2:00 P.M. in Courtroom 15.

**SO ORDERED**.


**DATE: November 30, 2005**                                             **JOHN GARRETT PENN**
                                                                         **United States District Judge**