HONORABLE JOHN GARRETT PENN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA        :   Docket No.: <u>CR-05-0408</u>

vs.                             :

Prandy-Binnett, Pedro Julio     :   Disclosure Date:  <u>February 27, 2006</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                                        **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)

(X)    There are no material/factual inaccuracies therein, *but there are a few corrections, not material to sentencing, as outlined in the attached letter.*

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  3-3-06          _____  3-3-06
**Defendant**       **Date**              **Defense Counsel**   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 13, 2006**, to U.S. Probation Officer **Valencia Fletcher**, telephone number **(202) 565-1365**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer