*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-0408 (JGP) |
| | ) |
| PEDRO JULIO PRANDY-BINNETT, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM

On April 24, 2006, the Court received the attached letter from Defendant requesting an attorney to file an appeal or request for sentence modification on his behalf. The Court called Defendant's counsel and faxed him a copy of the letter.

DATE: April 25, 2006

JOHN GARRETT PENN
United States District Judge