April 18, 2006

Honorable Judge John Garret Penn
United States District Court
For The District of Columbia
333 Constitution Avenue Northwest
Washington, DC 20001

Re: <u>United States v. Pedro Binett Prandy</u>
    Case No. 05-408-1

Dear Judge Penn:

    I write in reference to your comment made at my sentencing hearing. If my memory serves me correctly, you stated that I had ten (10) days to advise you if I would be either appealing my case or requesting a sentence modification. Please accept this letter as my formal request for an attorney to either file my appeal or sentence modification.

    Thank you in advance.

Sincerely,

*[signature]*

Pedro Binett Prady

Mr. Pedro Binett Prady
DCDC
CTF
1901 E St., S.E.
Wash, DC 20003

Legal Mail
===

Judge John Garret Penn
U.S. District Court
333 Constitution Ave
Washington D.C. 20001

20001+2002 0002

SOUTHERN MD 207
20 APR 2006 PM 2 L

RECEIVED
APR 21 2006
NANCY MAYER WHITTINGTON, Clerk
U.S. DISTRICT COURT

