UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR-05-408-01 (JGP) |
| | : | |
| Pedro Julio Prandy-Binett, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF FILING

On April 24, 2006, the Court received a letter from Defendant requesting an attorney to file an appeal or request for sentence modification. A copy of the letter was faxed to counsel for Defendant. Counsel has discussed the matter with the Defendant, who had previously advised that he had no intention of lodging an appeal, based in part on his plea agreement with the government. As is evidenced by the attached, Defendant reaffirms this decision not to appeal his conviction or sentence.

Respectfully submitted,

____/s/_____
G. Allen Dale
Bar No. 954537
601 Pennsylvania Ave NW
Suite 900, South Building
Washington, DC 20004
(202) 638-2900

**Certificate of Service**

      I hereby certify that a true and correct copy of the foregoing Notice of Filing has been served by first class mail this 28th day of April 2006 upon the following:

William J. O'Malley Jr., Esquire
555 4th St., NW
Washington, DC 20530

                                      ___/s/_____
                                      G. Allen Dale