April 26, 2006

This is to advise that I reaffirm my earlier decision not to appeal my sentence or conviction is United States District Court for the District of Columbia in Case number 05-408. The letter I sent to Judge Penn was typed by another inmate, who had talked me into asking for an appeal/sentence modification.


Pedro Binett Prandy