*Judge Penn*

AO 243    (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District OF COLUMBIA WASHINGTON D.C. |
|---|---|
| Name of Movant   PEDRO JULIO PRANDY BINETT | Prisoner No.   16266-016    CR05-408-JG-P |
| Place of Confinement   LOW SECURITY CORRECTIONAL INSTITUTION ALLENWOOD  P.O. BOX 1000, WHITE DEER, PA 17887 | |

UNITED STATES OF AMERICA     V.     PEDRO JULIO PRANDY BINETT
(name under which convicted)

**FILED**

## MOTION

FEB 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Name and location of court which entered the judgment of conviction under attack

   UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA WASHINGTON D.C.

2. Date of judgment of conviction   April 11, 2006

3. Length of sentence   91 Months

4. Nature of offense involved (all counts)   One Count information for unlawful possession with

   intent to distribute cocaine 21 U.S.C. 841(a)(1) and (b)(1)(c)

5. What was your plea? (Check one)
   (a) Not guilty   ☐
   (b) Guilty   ☒
   (c) Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   Petitioner plead guilty to the One Count information.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury   ☐       N/A
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☐     No ☐     N/A

8. Did you appeal from the judgment of conviction?
   Yes ☐     No ☒

**RECEIVED** *Received in Criminal Division 3/5/07 M. L Pugh*

FEB 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(2)

AO 243    (Rev. 2/95)

9.  If you did appeal, answer the following:

    (a) Name of court _____ N/A _____

    (b) Result _____

    (c) Date of result _____

10.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

    Yes ☐     No ☐     N/A

11.  If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____ N/A _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ☐     No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Name of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        _____

AO 243    (Rev. 2/95)

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
     Yes ☐    No ☐

(5)  Result _____

(6)  Date of result _____

(c)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1)  First petition, etc.     Yes ☐    No ☐
    (2)  Second petition, etc.    Yes ☐    No ☐

(d)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.  State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b)  Conviction obtained by use of coerced confession.

AO 243    (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A.  Ground one:    <u>INEFFECTIVE ASSISTANCE OF COUNSEL</u>

_____

Supporting FACTS (state *briefly* without citing cases or law):  **A)** Counsel was ineffective when fail to properly advise Petitioner to pursue his appeal. Instead threaten with a higher sentence giving wrong advise.

  **B)** Counsel fail to object to the PSI representation and calculation of drug quantity.

  **C)** Counsel was ineffective for failing to object to the wrong quantity or

B.  Ground two:  type of drugs in the Plea Agreement, plea Colloquy and PSI.

  **D)** Counsel fail to review the PSI with Petitioner.

Supporting FACTS (state *briefly* without citing cases or law):  **E)** Counsel fail to recover seize property and not drug related money from government.

_____

_____

_____

_____

C.  Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

AO 243     (Rev. 2/95)

D.  Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

This issues were not presented before because Counsel induce me to believe that I will expose myself to a higher sentence, and make me withdraw my Notice of Appeal. And ineffective assistance of counsel should be preserved for colla-teral attack.

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐     No ☒

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  H. Heather Shaner, 1702 S. Street, N.W. Washington D.C. 20003.

(b) At arraignment and plea  G. Allen Dale, 601 Pennsylvania Avenue, N.W. Suite 900, South Building Washington D.C. 20004.

(c) At trial  N/A

(d) At sentencing  Same above at b

AO 243     (Rev. 2/95)

    (e) On appeal _____ N/A _____

_____

    (f) In any post-conviction proceeding _____ N/A _____

_____

    (g) On appeal from any adverse ruling in a post-conviction proceeding ____ N/A _____

_____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

    Yes ☐    No ☒

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ☐    No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

    (b) Give date and length of the above sentence: _____

_____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    Yes ☐  No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_2/19/07_
Date

_____
Signature of Movant

(7)