UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEDRO BINETT PRANDY

    Petitioner,

Vs.          CASE NO. CR-05-408-01(~~JPG~~) JGP

UNITED STATES OF AMERICA

    Respondant,

FILED
FEB 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR THE APPOINTMENT OF COUNSEL
AND APPLICATION TO PROCEED IN FORMA PAUPERIS,
ON APPEAL.

TO THE HONORABLED JUDGE OF SAID COURT:

  COMES NOW, PEDRO BINETT PRANDY    Petitioner in the above-entitled and number cause, and moves this Honorable Court to order the Appointment of Counsel to represent the Defendant, and to allow the defendant to proceed in this casue in Forma Pauperis, and in support of this motion would show as follows:

I.

  That the petitioner is in all things unable to pay cost in these proceedings and unable to afford Counsel to represent himself. Petitioner has sworn to his poverty and incorporates the "Pauper's Affidavit" as Exhibit "A" and incorporates the sames by reference the same as if fully copied and set forth at length herein.

RECEIVED
FEB 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Received in Criminal Division 3/5/07,
M.L.Pugh

-1-

II.

The petitioner was able to file this motion with the assistance of a Jailhouse-Lawyer. This petitioner is not able to speak or read English language at all. There for the petitioner is not prepare to argue his own legal issue's on Court.

III.

The petitioner is not represented by Counsel and here by asserts his right to Counsel as afforded by the sixth Amendment of the Constitution of the United States.

IV.

Wherefore, promises considerd, petitioner prays this Honorable Court to grant this motion and issue an Order Appointing Counsel to represent petitioner, and grant petitioner any other further relief that this Court may deen appropiate in this cause.

Respectfully submitted on this the _19_ day of _February_ 2007

_____
Defendant In Pro Se
PEDRO BINETT PRANDY
REG. NO. 16266-016
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887