*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-0408 (JGP) |
| | ) |
| **PEDRO JULIO PRANDY-BINNETT,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On February 26, 2007, Defendant filed [26] **Motion To Vacate, Set Aside or Correct Sentence** pursuant to 28 U.S.C. § 2255.  Accordingly, it is hereby

**ORDERED** that the government shall file a response to Defendant's motion on or before September 12, 2007.

**SO ORDERED**.


**DATE: July 13, 2007**                                     JOHN GARRETT PENN
                                                            **United States District Judge**