UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>PEDRO JULIO PRANDY-BINNETT,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Criminal No. 05-0408-01<br>)  Civil No. 07-0460<br>)<br>)<br>) |

## ORDER

Pursuant to LCrR 59.2 and LCvR 72.3 of the Rules of the United States District Court for the District of Columbia, it is hereby **ORDERED** that this case shall be referred to United States Magistrate Judge John M. Facciola for all purposes authorized by the rules.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Thomas F. Hogan
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS F. HOGAN
　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge

Date: April 28, 2008