REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY:

| CAUSE OF ACTION: | MEDIATION | | | |
|---|---|---|---|---|
| CASE NO:<br>CR 05-408 | DATE REFERRED:<br>4/28/08<br><br>DISPOSITION DATE: | PURPOSE:<br>ALL PURPOSES AUTHORIZED BY THE RULES | JUDGE:<br>HOGAN | MAG. JUDGE<br>FACCIOLA |
| PLAINTIFF(S):<br>UNITED STATES OF AMERICA | | DEFENDANT(S):<br>PEDRO JULIO PRANDY-BINNET | | |

ENTRIES: