UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 05-408 (JMF) |
| : | |
| PEDRO JULIO PRANDY-BINETT : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF APPEARANCE AND MOTION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the Court that the above captioned matter is assigned to Assistant United States Attorney James Sweeney, D.C. Bar Number 427217, telephone number (202) 514-7283 and this is notice of his appearance in this matter on behalf of the United States.

The government also respectfully requests an extension of time to file its response to defendant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence. As grounds for this request, the United States now says:

1. On or about February 26, 2007, defendant filed a pro se Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence. On July 13, 2007, Judge John Garrett Penn ordered the United States to submit a response to defendant's motion by September 12, 2007. On May 19, 2008, the case was re-assigned to this Court. On May 21, 2008, this Court ordered the United States to submit a response to defendant's motion by July

31, 2008. For reasons that remain unclear, the government did not become aware of defendant's motion or the orders issued by Judge Penn or this Court until being informed by this Court's chambers on August 4, 2008.

2. On August 11, 2008, the undersigned Assistant United States Attorney was assigned to prepare the government's response. Because of the undersigned's other work commitments over the next several weeks, which include pleadings due in several other cases and evidentiary hearings in other matters, as well as previously scheduled family vacation, the united States would request an extension of time to respond to defendant's motion. The government expects to be able to review all necessary documents, interview defendant's counsel, and draft its response within the next sixty days.

3. Based on all of the above, the government would therefore respectfully request an extension of sixty days, until October 10, 2008, in which to evaluate defendant's motion and draft and complete a response to it.

WHEREFORE the United States respectfully requests an extension of time, until October 10, 2008, to file its response to Defendant's pro se Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence. A proposed Order is attached.

Respectfully submitted,

JEFFREY TAYLOR
United States Attorney

_____/s/_____
ROBERT OKUN
Assistant United States Attorney
Chief, Special Proceedings Division
_____/s/_____
JAMES SWEENEY

Assistant United States Attorney  
Special Proceedings  
D.C. Bar No. 427217  
555 4th Street, N.W., Room 10-449  
Washington, DC 20530  
(202) 514-7283  
James.Sweeney@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Government's Motion has been served via first-class U.S. mail, postage prepaid, upon defendant, Pedro Julio Prandy-Binett, #16266-016, FCI Allenwood, P.O. Box 1000, White Deer, PA 17887, on this 11th day of August, 2008.

/s/  
JAMES SWEENEY  
Assistant United States Attorney