UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 05-408 (JMF) |
| : | |
| PEDRO JULIO PRANDY-BINETT : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of the government's motion to extend the time for filing its response to Defendant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence, and the reasons stated therefore, it is

ORDERED that the government's motion is **granted**, and it is further

ORDERED that the government respond to defendant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence by **October 10, 2008**.

_____
Hon. John M. Facciola
U. S. District Court for the District of Columbia

Date:

Copy to:

Pedro Julio Prandy-Binett
#16266-016
FCI Allenwood
P.O. Box 1000
White Deer, PA 17887