UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL NO.  05-408 (JMF) |
| : | |
| PEDRO JULIO PRANDY-BINETT : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S MOTION TO UNSEAL TRANSCRIPT
### OF BENCH CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, move this Court to unseal the bench conference held before Judge Penn during the plea hearing in this case on November 29, 2005.  In support of this motion, the United States relies on the following:

1.  On November 29, 2005, the defendant pled guilty in this case before Judge Penn.[1] During that plea hearing, defendant's counsel (attorney Allen Dale) and the prosecutor (AUSA Bill O'Malley) participated in a bench conference with Judge Penn, which Judge Penn then orally ordered to be placed under seal at the parties' request.

2.  The undersigned has ascertained that the reasons which prompted the United States' request for sealing the bench conference of November 29, 2005 have abated and that there are no compelling reasons that would currently require that the bench conference remain sealed. See Nellson v. Bayly, 856 A.2d 566, 567 (D.C. 2004) (to justify sealing judicial proceedings, court must find that closure serves compelling interest, that there is a substantial probability that

---

[1] On April 28, 2008, the case was reassigned to this Court "for all purposes authorized by the rules."

1

the compelling interest would be harmed if the proceedings were not sealed, and that there are no alternatives that would adequately protect the compelling interest).

3. Moreover, the defendant's pending motion under 28 U.S.C. alleges that his plea counsel, attorney Dale, was ineffective in several aspects of his communication with the defendant regarding the plea. The government believes that the sealed bench conference of November 29, 2005 is relevant in responding to defendant's 2255 motion, in that the defendant's allegations involve communications between himself and his attorney.

4. The United States, therefore, respectfully requests that the Court unseal the record of the bench conference of November 29, 2005.

WHEREFORE, the United States respectfully requests that this Court grant the motion and order the unsealing of the bench conference of November 29, 2005. A proposed order is attached

Respectfully submitted,

JEFFREY TAYLOR
United States Attorney

_____/s/_____
JOHN MANNARINO
Assistant United States Attorney
Chief, Special Proceedings Division

_____/s/_____
JAMES SWEENEY
Assistant United States Attorney
Special Proceedings
D.C. Bar No. 427217
555 4th Street, N.W., Room 10-449
Washington, DC 20530
(202) 514-7283

2

James.Sweeney@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Government's Motion has been served via first-class U.S. mail, postage prepaid, upon defendant, Pedro Julio Prandy-Binett, #16266-016, FCI Allenwood, P.O. Box 1000, White Deer, PA 17887, on this ___ day of August, 2008.

/s/
JAMES SWEENEY
Assistant United States Attorney