UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **CRIMINAL NO. 05-408 (JMF)** |
| : | |
| **PEDRO JULIO PRANDY-BINETT** : | |
| : | |
| **Defendant.** : | |

ORDER

BASED UPON the motion of the United States of America , and being fully familiar with this matter; IT IS, this _____ day of _____, 2008,

ORDERED THAT the bench conference of November 29, 2005 in this case is hereby **ORDERED UNSEALED.**

_____
Magistrate Judge John M. Facciola
United States District Court

cc:

Pedro Julio Prandy-Binett
#16266-016
FCI Allenwood
P.O. Box 1000
White Deer, PA 17887